# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147175(88)

TOWNSHIP OF RICHMOND,
       Plaintiff-Appellee,

v

       SC: 147175
       COA: 304444
       Macomb CC:  2006-001054-CZ
                      2006-004429-CZ

RONDIGO, L.L.C.,
       Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's October 11, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

ZAHRA, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

d0127